No. 10–8620. MONTOYA BAIRES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8628. PERRY v. SANDERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8643. CURTNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–8644. DUINA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8646. SOLIS-CASTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8648. LUPERCIO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8649. SZETO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–8653. EASON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8655. CHACON-CHINCHILLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8658. MURPHY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–8661. AGUILAR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–8662. BAKER v. HOLLINGSWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–8663. STEWART v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–8665. VARELA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8667. VALDEZ-ORTIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8668. PRYOR v. MCHUGH, SECRETARY OF THE ARMY, ET AL. C. A. 4th Cir. Certiorari denied.